11 So.2d 170

**Larence Virgil LAWSON v. STATE.**

6 Div. 987.

Court of Appeals of Alabama.
Dec. 15, 1942.

Wm. N. McQueen, Atty.Gen., for the State.

RICE, Judge.

Appeal dismissed.